# MEMORANDUM OF FACT AND LAW

The United States of America by and through the Plaintiff for the District of Maine respectfully files this Memorandum of law at the direction of the Court for the reasons stated below:

1. Plaintiff has asserted Substantive facts that will enable the Court to recognized "Civil Rights Violations. Also, plaintiff has asserted Unlawful Conduct that's Bias-Motivated, and Racially Motivated.

2. The plaintiff display, Conduct that has proven to Cause harm, which is ineffective to Protect Constitutional Rights to the plaintiffs

3. The plaintiffs files this Memorandum at the direction of the District Court that will find on its merits bias-Motivated Unlawful Conduct, in which is a violation of Civil Rights Under the United States Constitution and of the Maine Constitution.

4. This is a Civil Action by the Plaintiffs, a plausible claim Supported by facts that is relevant, and legal Conclusion. facts that results in punitive damages - Injury Contained in this brief

5. The Memorandum illustrates, the type of Conduct that lead to Civil Action that raises fact-finder answers about the effect Misconduct have had on the Plaintiffs.

6. At all times (relevant) herein Defendants were persons for the purpose of title 42 U.S.C.§ Section 1983: and acted under Color of law to deprive the plaintiff's of ~~this~~ Constitutional Rights declaring defendants have acted in the violation of the United States Constitution and of the State of Maine Constitution.

7. At all times (relevant) herein Defendants were persons for the purpose of title 42 U.S.C.§ Section 1985(2): Conspiracy to interfere with "Civil Rights" by obstructing Justices, declaring defendants have acted in the violation of the United States, Constitution, and of the State of Maine Constitution.

8. At all times (relevant) herein Defendants were persons for the purpose of title 42 U.S.C.§ Section 1985(3): Conspiracy to interfere with Civil Rights by depriving Persons of Rights and privileges declaring defendants have acted in violation of the United States Constitution, and of the State of Maine Constitution

9. At all times (relevant) herein Defendants were persons for the purpose of title 42 U.S.C.§ Section 1986 (Neglect to Prevent) declaring defendants have violated U.S. and Maine Constitution

0. Plaintiff herein for the Purpose of title 42 U.S.C. Section 1988 (200) Attorney fee's for the Prevailing Party this is Not a "Class Action Supporting Affidavits to bolster and to disclose Factual deprivation of Constitutional Rights to "Black Defendants".